DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PAULINE BRAND,**
Appellant,

v.

**THOMAS U. GRANER** and **GRANER LAW GROUP, P.A.** d/b/a **GRANER, PLATZEK & ALLISON, P.A.,**
Appellees.

No. 4D21-3564

[April 27, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 502018CA010582

Amy D. Shield and Roger Levine of Shield & Levine, P.A., Boca Raton, for appellant.

Paul M. Woodson of Baumann, Gant & Keeley, P.A., Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, MAY and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***